CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

March 24, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ M. Poff
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **BARRY DERR,**<br>**Plaintiff,** | **Civil Action No. 7:26-cv-00013** |
| **v.** | **MEMORANDUM OPINION** |
| **DEPUTY PAGE, et al.,**<br>**Defendant(s).** | **By:  Robert S. Ballou**<br>**United States District Judge** |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983.

Plaintiff did not prepay the filing costs or submit the information required to proceed in forma

pauperis under 28 U.S.C. § 1915(b) in this court to pay the filing fee through installments from

plaintiff's trust account. By order entered February 11, 2026, the court directed plaintiff to

submit within 30 days from the date of the order a prisoner trust account report (or institutional

equivalent) for the months of July and August.  The prisoner trust account report must be filled

out, signed, and dated by the appropriate prison official of each prison at which plaintiff is or

was confined during that period.  Plaintiff was advised that a failure to comply would result in

dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described

conditions and has not qualified to proceed in forma pauperis under § 1915(b).  Accordingly, the

court dismisses the action without prejudice and strikes the case from the active docket of the

court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply

with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying

Order to plaintiff.

Entered:  March 24, 2026

*Robert S. Ballou*

Robert S. Ballou
United States District Judge